---o---

W. S. SPARR, Respondent, vs. ST. Louis, Kansas City & Northern R. R. Co., Appellant

1. *Railroads—Timbered lands—Inclosure of road along.*—Under the statute touching Railroad Companies, (Wagn. Stat., 310, § 43) they are bound to fence the line of their roads adjoining inclosed lands, although timbered.

2. *Railroads—Action for damages in name of owner—Constr. Stat.*—Suit against a railroad company, to recover double damages for injuries to stock, need not be brought in the name of the State, under § 42 of the Railroad Act, (Wagn. Stat., 310) but may be instituted in the name of the owner, under § 43, (p. 310–11).

*Appeal from Randolph Circuit Court.*

*Woodson & Reed,* for Appellant.

*T. B. Kimbrough,* for Respondent.

ADAMS, Judge, delivered the opinion of the court.

This was an action for double damages, brought under the statute, (§ 43, 1 Wagn. Stat., 310) for killing a cow belonging to plaintiff.

The cow was killed by the defendant's cars, at a point where the road runs along or adjoining a timbered inclosure. Judgment was rendered in favor of the plaintiff for double damages, and the defendant has appealed to this court.

Two questions were raised; first, was the defendant bound to fence its track where it passes through or adjoining timbered inclosures; and, second, can the plaintiff sue in his own name, or must the suit be brought in the name of the State?

Both of these questions have been settled by this court, and we are satisfied that they have been properly considered and determined.

The defendant was bound to fence its road where it passes through or adjoining timbered inclosures, and the suit was properly brought in the name of the plaintiff. (See Hudson vs. St. L., K. C. & N. R. R. Co.; 53 Mo., 525; Slattery vs. St. L., K. C. & N. R. R., 55 Mo., 362; Fickle vs. St. L. K. C. & N. R. R. Co., 54 Mo., 220; Seaton vs. Chicago, R. I. & P. R. R. Co., 55 Mo., 416.)

Let the judgment be affirmed; all the judges concur.